UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAY GONSALVES,<br>       Plaintiff,<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC.,<br>Administrator BJ's Wholesale Club, Inc.<br>Long-Term Disability Benefits Plan; and<br>LINCOLN LIFE ASSURANCE COMPANY<br>OF BOSTON,<br>       Defendants. | C.A. No. 1:20-cv-00482 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jay Gonsalves and Defendant Lincoln Life Assurance Company of Boston, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and hereby are DISMISSED WITH PREJUDICE. The parties shall each bear their own costs, attorney's fees, and expenses of litigation.

| **Attorney for Plaintiff Jay Gonsalves,** | **Attorney for Defendant Lincoln Life Assurance Company of Boston,** |
|---|---|
| /s/ Mark B. Morse<br>Mark B. Morse (RI Bar 3003)<br>LAW OFFICE OF MARK B. MORSE, LLC<br>420 Angell Street<br>Providence, RI 02906<br>Tel: (401) 831-0555<br>Fax: (401) 273-0937<br>mark@morselawoffice.com | /s/ Scott K. Pomeroy<br>Scott K. Pomeroy (RI Bar 6044)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Tel: (207) 387-2961<br>Fax: (207) 387-2986<br>scott.pomeroy@ogletree.com |

Dated: February 17, 2022.

2

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the within Stipulation on February 17, 2022, and that this document is available for viewing and downloading from the Court's ECF system. Service on all counsel of record has been effectuated by electronic means.

                                                /s/ Scott K. Pomeroy
                                                Scott K. Pomeroy (RI Bar 6044)

50359466.v1-OGLETREE